THEODORE GALLIGHER V. STATE OF NEBRASKA.

FILED JANUARY 9, 1896.　　No. 6691.

**Sufficiency of Complaint for Constructive Contempt.**

ERROR to the district court for Douglas county. Tried below before AMBROSE, J.

*David Van Etten,* for plaintiff in error.

Lawhead v. State.

*A. S. Churchill, Attorney General, George A. Day, Deputy Attorney General,* and *W. W. Slabaugh,* for the state.

POST, C. J.

This was a proceeding against the plaintiff in error for contempt of court and is submitted upon the record which was examined in the case of *Cooley v. State,* 46 Neb., 603, and for reasons therein stated, the judgment of conviction is reversed and the prosecution dismissed.

REVERSED.

---

ORMA LAWHEAD V. STATE OF NEBRASKA.

FILED JANUARY 9, 1896.    No. 7858.

46  607
51  350
53  298

46  607
56  693

4. **Instructions.** Certain instructions *held* properly refused, the